[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10775
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 22, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00065-CR-ORL-19-GJK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARTHUR LEE AVERY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 22, 2009)

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Arthur Lee Avery appeals the sentence imposed by the district court

following the grant of his motion for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 706 of the Guidelines, which reduced base offense levels applicable to crack cocaine.  As acknowledged by Avery, his argument is foreclosed by precedent.  We recently held that neither United States v. Booker, 543 U.S. 220 (2005), nor Kimbrough v. United States,128 S.Ct. 558 (2007), apply to § 3582(c)(2) proceedings.  Melvin, 556 F.3d at 1192 (holding that "Booker and Kimbrough do not prohibit the limitations on a judge's discretion in reducing a sentence imposed by § 3582(c)(2) and the applicable policy statement by the Sentencing Commission").  Therefore, the district court is bound by the limitations imposed by § 1B1.10 and lacks the authority to sentence a defendant below the amended guideline range.  Accordingly, while Avery has preserved his Melvin challenge, we must affirm his sentence.

**AFFIRMED.**